UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN CANO, | Case No. 2:24-cv-01568-DAD-JDP (PC) |
| Plaintiff, | **ORDER** |
| v. | DIRECTING PLAINTIFF TO FILE A COMPLETE IN FORMA PAUPERIS APPLICATION OR PAY THE FILING AND TO ADDRESS DUPLICATIVE ACTION |
| S. SALMONSON, *et al.*, | |
| Defendants. | |

Plaintiff, a federal prisoner proceeding pro se, has filed a civil rights action pursuant to 28 U.S.C. § 1331. Plaintiff has not, however, filed an *in forma pauperis* affidavit or paid the required filing fee of $350.00 plus the $55.00 administrative fee.[1] *See* 28 U.S.C. §§ 1914(a), 1915(a). Plaintiff will be provided the opportunity either to submit the appropriate affidavit in support of a request to proceed in forma pauperis or to submit the required fees totaling $405.00.

Plaintiff is cautioned that the *in forma pauperis* application form includes a section that must be completed by a prison official, and the form must be accompanied by a certified copy of plaintiff's prison trust account statement for the six-month period immediately preceding the filing of this action.

---

[1] If leave to file *in forma pauperis* is granted, plaintiff will still be required to pay the filing fee but will be allowed to pay it in installments. Litigants proceeding *in forma pauperis* are not required to pay the $55.00 administrative fee.

1

Additionally, it has come to my attention that an action implicating the same claims is pending. *See Cano v. Warden*, 2:23-cv-02216-TLN-CSK. Plaintiff shall, in writing and within thirty days of this order's entry, indicate whether he intends to pursue both actions and, if so, what the distinction between the two cases is.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff shall submit, within thirty days from the date of this order, an affidavit in support of his request to proceed *in forma pauperis* on the form provided by the Clerk of Court, or the required fees in the amount of $405.00; plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed.

2. The Clerk of Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner.

3. Within thirty days of this order's entry, plaintiff shall indicate whether he intends to pursue both this action and *Cano v. Warden*, 2:23-cv-02216-TLN-CSK and, if so, which claims are distinct to this action.

IT IS SO ORDERED.

Dated:   June 24, 2024

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE