UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN CANO,<br><br>          Plaintiff,<br><br>     v.<br><br>S. SALMONSON, *et al.*,<br><br>          Defendants. | Case No.  2:24-cv-01568-DAD-JDP (PC)<br><br>**ORDER**<br><br>GRANTING PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME<br><br>ECF No. 10 |

Plaintiff has filed a motion for an extension of time to file an amended complaint. ECF No. 10.  Good cause appearing, it is hereby ORDERED that:

1. Plaintiff's motion for an extension of time, ECF No. 10, is granted.

2. Plaintiff is granted thirty days from the date of this order to file an amended complaint.

IT IS SO ORDERED.

Dated:   October 17, 2024              _____
                                                                     JEREMY D. PETERSON
                                                                     UNITED STATES MAGISTRATE JUDGE