UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN CANO,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>WARDEN, FCI HERLONG,<br><br>　　　　　Respondent. | No. 2:23-cv-02216-TLN-CSK<br><br>**ORDER** |

Petitioner Benjamin Cano ("Petitioner"), a state prisoner proceeding *pro se*, filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 15, 2025, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Neither party filed objections to the findings and recommendations.

The court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. *See Britt v. Simi Valley Unified School Dist*., 708 F.2d 452, 454 (9th Cir. 1983). The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

1

<u>Motion to Consolidate</u>

On February 7, 2025, Petitioner filed a motion to consolidate his subsequently filed case, *Cano v. Salmonson*, No. 2:24-cv-01568-DAD-JDP (E.D. Cal.) into this case. However, in light of the dismissal of this case, such consolidation is inappropriate. Petitioner's Motion to Consolidate is DENIED.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 29) are adopted in full;

2. Respondent's motion to dismiss (ECF No. 18) is GRANTED;

3. Petitioner's motion to convert this action into a civil rights action (ECF No. 19) is DENIED;

4. This action is dismissed without prejudice;

5. The Court declines to issue the certificate of appealability referenced in 28 U.S.C. § 2253; and

6. Petitioner's motion to consolidate *Cano v. Salmonson*, No. 2:24-cv-01568-DAD-JDP (E.D. Cal.) into this action (ECF No. 30) is DENIED. The Clerk of the Court is directed to file a copy of this order in *Salmonson*, No. 2:24-cv-01568-DAD-JDP.

IT IS SO ORDERED.

Date: February 19, 2025

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE

2