UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN CANO,<br><br>  Plaintiff,<br><br>   v.<br><br>S. SALMONSON, et al.,<br><br>  Defendants. | No. 2:24-cv-01568-DAD-JDP (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING THIS ACTION<br><br>(Doc. No. 13) |

Plaintiff is a federal prisoner proceeding *pro se* and *in forma pauperis* in this *Bivens* civil rights action. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 16, 2024, the assigned magistrate judge dismissed plaintiff's complaint with leave to amend and directed plaintiff to file a first amended complaint within thirty (30) days. (Doc. No. 9.) On October 15, 2024, plaintiff requested a 30-day extension of time which the assigned magistrate judge subsequently granted. (Doc. Nos. 10, 11.) Plaintiff did not file a first amended complaint and, accordingly, on December 13, 2024, the assigned magistrate judge ordered plaintiff to show cause within twenty-one (21) days why this action should not be dismissed due to his failure to prosecute and failure to comply with court orders. (Doc. No. 12.) Plaintiff did not file a response to that order nor a first amended complaint, and to date still has not done so. Therefore, on January 24, 2025, the assigned magistrate judge issued findings and

recommendations recommending that this action be dismissed, without prejudice, due to plaintiff's failure to prosecute and failure to comply with court orders. (Doc. No. 13.) The findings and recommendations were served upon plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id.* at 3.) To date, plaintiff has not filed any objections to the pending findings and recommendations and the time in which to do so has passed.[1]

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the pending findings and recommendations are supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on January 24, 2025 (Doc. No. 13) are adopted in full;

2. This action is dismissed, without prejudice, due to plaintiff's failure to prosecute and failure to comply with court orders; and

3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  **May 1, 2025**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

---

[1] The court observes that plaintiff filed a motion to consolidate this action with a habeas action he had filed entitled *Benjamin Cano v. Warden, FCI Herlong*, No. 2:23-cv-02216-TLN-CSK (HC). (Doc. No. 14.) In that motion, plaintiff suggests that he incorrectly filed a civil rights complaint in the habeas action rather than in this action. (Doc. No. 14 at 2.) Nevertheless, plaintiff has still not filed a first amended complaint nor a response to the assigned magistrate judge's order to show cause in this case. Plaintiff failed to do so even following the denial of his motion to consolidate by the district judge assigned to the habeas action on February 20, 2025. (Doc. No. 15.)